IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CYNTHIA FINKS,

    Plaintiff,

v.

CIGNA INSURANCE COMPANY, et al.

    Defendants.

Civil Action No. 1:08cv1272

---

### DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A FINANCIAL INTEREST IN LITIGATION

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Life Insurance Company of North America, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Life Insurance Company of North America which have any outstanding securities in the hands of the public.

    **CIGNA Corporation (great-grandparent)**

These representations are made in order that judges of this court may determine the need for recusal.

                      Respectfully submitted,

                      LIFE INSURANCE COMPANY OF NORTH AMERICA
                      By Counsel

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____/s/_____
Walter L. Williams, Esquire (Bar # 455852)
Kathryn A. Grace, Esquire (Bar # 502857)
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Walter.Williams@WilsonElser.com
Kathryn.Grace@WilsonElser.com
*Counsel for Defendant Life Insurance Company of North America*