IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------

CYNTHIA FINKS, :

    Plaintiff, :

v. : Civil Action No. 1:08cv1272

CIGNA INSURANCE COMPANY, et al. :

    Defendants. :

-----------------------------------------------------------------

### STIPULATION DISMISSING TWO DEFENDANTS WITHOUT PREJUDICE

Defendant Life Insurance Company of North American ("LINA") has requested that plaintiff agree to dismiss, without prejudice, the other two defendants in this case. LINA has represented the following: (1) LINA administers the plan under which Ms. Finks claims long term disability benefits and the other two defendants had no such responsibility; (2) LINA is the entity responsible for making all communications and decisions with respect to Ms. Finks' long term disability benefits, and this specifically includes, but is not limited to, correspondence or communications with Ms. Finks and her attorneys and health care providers on CIGNA letterhead, for which LINA expressly accepts and/or adopts responsibility, including the alleged failure to comply with certain contractual or legal deadlines; (3) The long term disability plan for Finks' employer is fully insured by LINA and LINA accepts responsibility for making payment in full of any future judgment entered in this matter, or to pay any amounts due under a settlement agreement should one be reached. LINA agrees not to argue or urge the Court that the absence of either of the other two defendants from this litigation has any legal impact on the claims asserted in Ms. Finks' complaint.

103228.1

In reliance on these representations, and without prejudice to including the other defendants in the future should it appear necessary or advisable to do so, plaintiff hereby stipulates with defendants that all defendants other than LINA, namely CIGNA INSURANCE COMPANY and THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS LTD PLAN, be dismissed from this action without prejudice. The dismissal of the other two defendants shall not in any way affect or delay the litigation of this case with respect to the sole remaining defendant, LINA.

Further, the parties agree, should this case ever be heard by a jury, that this stipulation may not be used as evidence at trial.

_____
Judge

Respectfully submitted,

Life Insurance Company of North America,
By Counsel,

____/s/_____
Walter L. Williams, Esquire (Bar No. 12977)
Kathryn A. Grace, Esquire (Bar No. 502857)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Tel: (703) 245-9300
Fax: (703) 245-9301
Walter.Williams@WilsonElser.com
Kathryn.Grace@WilsonElser.com

Cynthia Finks,
By Counsel,

____/s/_____
Stephen Z. Certkof, Esquire (Bar No. 451713)
Heller, Huron, Chertkof, Lerner, Simon &
Salzman
1730 M. Street, N.W., Suite 412
Washington, D.C. 20036
Tel: (202) 293-8090
Fax: (202) 293-7110
szc@hellerhuron.com
Counsel for Plaintiff

103228.1